No. 87–1057. COOPER INDUSTRIES, INC. *v.* JUNO LIGHTING, INC. C. A. Fed. Cir. Certiorari denied. 

No. 87–1058. MORRISON *v.* GENUINE PARTS CO. C. A. 11th Cir. Certiorari denied. 

No. 87–1059. DIORIO *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied. 

No. 87–1063. WOLIN *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. 

No. 87–1066. SIERRA MARKETING CO. *v.* ROTATIONAL MOLDING, INC. C. A. 9th Cir. Certiorari denied. 

No. 87–1067. HOWELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 87–1072. RUSSO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 87–1073. THOMPSON ET UX. *v.* HAMMOND ET AL. C. A. 3d Cir. Certiorari denied. 

No. 87–1075. SHAKMAN ET AL. *v.* DUNNE, PRESIDENT OF THE BOARD OF COMMISSIONERS OF COOK COUNTY, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 87–1076. LAVAY CORP. ET AL. *v.* DOMINION FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 4th Cir. Certiorari denied. 

No. 87–1078. SCHMIDT *v.* PRESIDENT OF THE UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 87–1082. TARRANT COUNTY HOSPITAL DISTRICT *v.* HUGHES, JUDGE, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 87–1083. AVIS RENT-A-CAR OF PUERTO RICO, INC. *v.* MARSHALL ET AL. C. A. 1st Cir. Certiorari denied. 